# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-12-67-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | **ORDER REGARDING USE OF VIDEO OR TELECONFERENCING** |
| VINCE LEE WHITEMAN | |
| Defendant. | |

In accord with Administrative Order 20-17 (March 30, 2020), this Court finds:

[✔] That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

[✔] Video Conference

[ ] Teleconference because the Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

DATED this 2nd day of April, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
US DISTRICT COURT JUDGE